**Order entered March 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00168-CV

**DALLAS CLEAN ENERGY MCCOMMAS BLUFF, LLC, Appellant**

**V.**

**ASHLEY ELECTRIC, LLC, ET AL., Appellees**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-00510**

## ORDER

On February 10, 2015, appellant filed a notice of appeal. This Court assigned appellate cause number 05-15-00168-CV to the appeal. The notice of appeal mistakenly listed the original trial court cause number as opposed to the correct trial court cause number following a severance order. On February 16, 2015, appellant filed a new notice of appeal in the trial court under the correct trial court number.

On March 2, 2015 appellant filed a letter with the Court explaining the mistake contained in the first notice of appeal. Attached to the letter was a motion to cancel the appeal docketed as appellate cause number 05-15-00168-CV and the new notice of appeal. This Court will treat the notice of appeal filed in the trial court on February 16, 2015 as an amended notice of appeal.

This appeal will proceed under appellate cause number 05-15-00168-CV with associated trial court number DC-15-00510.

/s/     ELIZABETH LANG-MIERS
        JUSTICE